## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICIA SLEDGE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV15 |
| | ) | |
| V. | ) | |
| | ) | |
| ST.VINCENT DE PAUL STORES, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Cristin McGarry Berkhausen's motion to withdraw as counsel of record for Defendant (filing 13). As Defendant will remain represented in this case, the motion to withdraw will be granted.

**IT IS ORDERED:**

1. Cristin McGarry Berkhausen's Motion to Withdraw (filing 13) is granted.

2. The Clerk of Court shall terminate Ms. Berkhausen's appearance as counsel of record for Defendant and, additionally, shall terminate future notices to Ms. Berkhausen in this matter.

**DATED March 26, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**